**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DOUGLAS MARSHALL JACKSON,**

     **Plaintiff,**

**v.**                                      **Case No. 3:26-cv-4664-AW-HTC**

**RON DESANTIS, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding Plaintiff's nonsensical complaint should be dismissed because Plaintiff is a three-striker who has not paid the filing fee or shown he "is under imminent danger of serious physical injury." ECF No. 3 (quoting 28 U.S.C. § 1915(g)). Having considered the matter, and having reviewed Plaintiff's nonsensical objections and other subsequent filings (ECF Nos. 4, 5, 6, 7), I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file. All pending motions are DENIED as moot.

SO ORDERED on August 7, 2026.

s/ *Allen Winsor*                  
Chief United States District Judge